**Charles BICE, Executor of the Estate of Martha Bice, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant– Appellant.**

No. 2007–5018.

United States Court of Appeals, Federal Circuit.

July 12, 2007.

Michael McGonnigal, Clinical Supervising Attorney, Columbus Community Legal Services, of Washington, DC, argued for plaintiff-appellee.

J. Reid Prouty, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Franklin E. White, Jr., Assistant Director. Of counsel on the brief were Rafael A. Madan, General Counsel, and Jason P. Cooley and Scott A. Chutka, Attorney Advisors, Office of the General Counsel, Office of Justice Programs, United States Department of Justice, of Washington, DC.

MAYER and LOURIE, Circuit Judges and LINARES, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

---

* Honorable James Robertson, District Judge, United States District Court for the District of Columbia, sitting by designation.

* Honorable Jose L. Linares, District Judge, United States District Court for the District of New Jersey, sitting by designation.